# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: OHMAN, WADE A., SR. § Case No. 09-75274
     OHMAN, KAYE D. §
     §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    327 South Church Street, Room #1100
    Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/24/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 06/17/2013          By: /s/JOSEPH D. OLSEN
                                                     Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: OHMAN, WADE A., SR. § Case No. 09-75274
OHMAN, KAYE D. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 7,424.51

*and approved disbursements of* $ 42.63

*leaving a balance on hand of* [1] $ 7,381.88

**Balance on hand:** $ 7,381.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,381.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,492.45 | 0.00 | 1,492.45 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 1,752.45
Remaining balance: $ 5,629.43

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,629.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,629.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 244,992.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BMO Harris Bank, N.A. f/k/a HARRIS N.A. | 244,992.20 | 0.00 | 5,629.43 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,629.43 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/JOSEPH D. OLSEN
                               Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-75274-TML
Wade A. Ohman, Sr.                                                    Chapter 7
Kaye D. Ohman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: cshabez        Page 1 of 2        Date Rcvd: Jun 20, 2013
                            Form ID: pdf006      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
db/jdb      +Wade A. Ohman, Sr.,   Kaye D. Ohman,   1327 Adelheid Street,   Dixon, IL 61021-2315
14885231    +Amcore Bank NA,   501 Seventh St,   Rockford, IL 61104-1245
14782658    +Amcore Bank NA,   1210 South Alpine Road,   Rockford, IL 61108-3946
20132863    +BMO Harris Bank, N.A. f/k/a HARRIS N.A.,   c/o Matthew M. Hevrin,   Hinshaw & Culberston LLP,
              100 Park Avenue,   Rockford, IL 61101-1099
14782660    +Cintas Corporation #355,   5100 26th Avenue,   Rockford, IL 61109-1792
14782663    +Lee County Treasurer,   P.O. Box 328,   Dixon, IL 61021-0328
14782664    +Moring Disposal,   306 East Main Street,   Forreston, IL 61030-7701
14782656    +Ohman Kaye D,   1327 Adelheid Street,   Dixon, IL 61021-2315
14782655    +Ohman Wade A Sr,   1327 Adelheid Street,   Dixon, IL 61021-2315
14782665     Sanimax USA,   P.O. Box 10067,   Green Bay, WI  54307-0067
14782666    +Sauk Valley Newspapers,   3200 E. Lincolnway,   P.O. Box 498,   Sterling, IL 61081-0498
14782667    +Sterling-Rock Falls Clinic,   101 East Miller Road,   Sterling, IL 61081-1294
14782657    +Thomas E Laughlin,   6833 Stalter Drive Suite 204,   Rockford, IL 61108-2582
14782668   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   98 S. Galena,   Dixon, IL  61021)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14782659     E-mail/Text: bklaw2@centurylink.com Jun 21 2013 00:25:35     Century Tel,   PO Box 4300,
              Carol Stream, IL  60197-4300
14782661     E-mail/Text: legalcollections@comed.com Jun 21 2013 00:22:59     ComEd,   PO Box 6111,
              Carol Stream, IL  60197-6111
14782662    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 21 2013 00:23:08     Credit Collection Services,   Two Wells Avenue, Dept. 773,   Newton, MA 02459-3208
14885232    +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 21 2013 00:25:51     Transworld Systems Inc,
              9525 Sweet Valley Dr,   Valley View, OH 44125-4237
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**            **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez               Page 2 of 2            Date Rcvd: Jun 20, 2013
                              Form ID: pdf006             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2013 at the address(es) listed below:

```
              Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Gregory A Biegel    on behalf of Creditor    Amcore Bank, N.A. gbiegel@bslbv.com
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Matthew M. Hevrin    on behalf of Creditor    BMO Harris Bank, N.A., f/k/a Harris N.A., as the
               assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank, N.A.
               mhevrin@hinshawlaw.com,   jfornal@hinshawlaw.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,   IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Thomas E. Laughlin    on behalf of Joint Debtor Kaye D. Ohman tloff@aol.com
              Thomas E. Laughlin    on behalf of Debtor Wade A. Ohman, Sr. tloff@aol.com
                                                                                             TOTAL: 8
```