# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: OHMAN, WADE A., SR. § Case No. 09-75274
OHMAN, KAYE D. §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $17,840.00              Assets Exempt: $14,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,629.43     Claims Discharged
                                               Without Payment: $247,405.58

Total Expenses of Administration: $1,795.08

3) Total gross receipts of $ 7,424.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,424.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $527,265.84 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,795.08 | 1,795.08 | 1,795.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,477.78 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,565.03 | 244,992.20 | 244,992.20 | 5,629.43 |
| **TOTAL DISBURSEMENTS** | $535,308.65 | $246,787.28 | $246,787.28 | $7,424.51 |

4) This case was originally filed under Chapter 7 on September 12, 2012. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/28/2013            By:  /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action Settlement | 1249-000 | 7,424.51 |
| **TOTAL GROSS RECEIPTS** | | **$7,424.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | U.S. Bank | 4110-000 | 53,088.83 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank NA | 4110-000 | 390,855.79 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank NA | 4110-000 | 61,146.09 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 4110-000 | 22,175.13 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$527,265.84** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,492.45 | 1,492.45 | 1,492.45 |
| United States Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.30 | 10.30 | 10.30 |
| Rabobank, N.A. | 2600-000 | N/A | 11.35 | 11.35 | 11.35 |
| Rabobank, N.A. | 2600-000 | N/A | 10.98 | 10.98 | 10.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,795.08 | $1,795.08 | $1,795.08 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Lee County Treasurer | 5200-000 | 3,477.78 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,477.78 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMO Harris Bank, N.A. f/k/a HARRIS N.A. | 7100-000 | N/A | 244,992.20 | 244,992.20 | 5,629.43 |
| NOTFILED | Sanimax USA | 7100-000 | 340.00 | N/A | N/A | 0.00 |
| NOTFILED | Sterling-Rock Falls Clinic | 7100-000 | 1,365.18 | N/A | N/A | 0.00 |
| NOTFILED | Sauk Valley Newspapers | 7100-000 | 320.86 | N/A | N/A | 0.00 |
| NOTFILED | Moring Disposal | 7100-000 | 478.30 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 1,710.54 | N/A | N/A | 0.00 |
| NOTFILED | Lee County Treasurer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corporation #355 | 7100-000 | 177.68 | N/A | N/A | 0.00 |
| NOTFILED | Century Tel | 7100-000 | 172.47 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,565.03 | $244,992.20 | $244,992.20 | $5,629.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75274  
**Case Name:** OHMAN, WADE A., SR.  
OHMAN, KAYE D.  
**Period Ending:** 10/28/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/12/12 (f)  
**§341(a) Meeting Date:** 01/08/10  
**Claims Bar Date:** 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business known as Brown, Palmyra Road, Dixon, IL | 0.00 | 0.00 | | 0.00 | FA |
| 2 | yResidence located at 1327 Adelheid | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 4 | Account No. 4058083512 at U.S. Bank. Kaye Ohman | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at U.S. Bank | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings, including telev | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | Paperback books, 50 state quarters, approximatel | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing. | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding ring, 9 other rings, 3 necklaces | 1,800.00 | 0.00 | | 0.00 | FA |
| 10 | 2 life insurance policies and 1 retirement polic | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | Possible tax refund for 2009 taxes. | 2,400.00 | 0.00 | | 0.00 | FA |
| 12 | 1997 Dodge Ram Truck | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Small trailer | 500.00 | 0.00 | | 0.00 | FA |
| 14 | 2 ferrets with cage and 1 dog | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Class Action Settlement  (u) | 7,000.00 | 7,000.00 | | 7,424.51 | FA |
| 15 | **Assets    Totals** (Excluding unknown values) | **$24,840.00** | **$7,000.00** | | **$7,424.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2013    **Current Projected Date Of Final Report (TFR):**    June 10, 2013  (Actual)

Printed: 10/28/2013 12:40 PM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75274  
**Case Name:** OHMAN, WADE A., SR.  
OHMAN, KAYE D.  
**Taxpayer ID #:** **-***3902  
**Period Ending:** 10/28/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****080066 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/13 | {15} | Walters Bender Strohbehn & Vaughan | Class action settlement | 1249-000 | 7,424.51 | | 7,424.51 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,414.51 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.30 | 7,404.21 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.35 | 7,392.86 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.98 | 7,381.88 |
| 07/25/13 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,492.45, Trustee Compensation; Reference: | 2100-000 | | 1,492.45 | 5,889.43 |
| 07/25/13 | 102 | United States Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 5,629.43 |
| 07/25/13 | 103 | BMO Harris Bank, N.A. f/k/a HARRIS N.A. | Dividend paid 2.29% on $244,992.20; Claim# 1; Filed: $244,992.20; Reference: | 7100-000 | | 5,629.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,424.51 | 7,424.51 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,424.51 | 7,424.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,424.51** | **$7,424.51** | |

| | |
|---|---|
| Net Receipts : | 7,424.51 |
| Net Estate : | $7,424.51 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****080066** | 7,424.51 | 7,424.51 | 0.00 |
| | **$7,424.51** | **$7,424.51** | **$0.00** |

{} Asset reference(s)

Printed: 10/28/2013 12:40 PM    V.13.13